```
 1  MICHAEL T. LUCEY (99927)
    MICHAEL A. LAURENSON (190023)
 2  GORDON & REES LLP
    Embarcadero Center West
 3  275 Battery Street, Suite 2000
    San Francisco, CA  94111
 4  Telephone:  (415) 986-5900
    Facsimile:  (415) 986-8054
 5
    Attorneys for Defendant
 6  BOARD OF TRUSTEES OF THE
    CALIFORNIA STATE UNIVERSITY
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MOHAMED FAYAD, | CASE NO. C07-03209 (HRL) |
|---|---|
| Plaintiff, | **DEFENDANT CSU'S NOTICE OF MOTION AND MOTION TO DISMISS, FRCP 12(b)(1)(6)** |
| vs. | |
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, | Date:        September 11, 2007<br>Courtroom:  2, 5th Fl., San Jose<br>Time:        10:00 a.m.<br>Judge:       Hon. Howard R. Lloyd |
| Defendant. | |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 11, 2007, or as soon thereafter as the matter may be heard in the above-entitled court, defendant BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY will and hereby does move the Court to dismiss plaintiff's claims against it for failure to state a claim upon which relief may be granted.

Plaintiff's causes of action for violation of Title VII are barred on the ground of untimeliness, and plaintiff's remaining state law claims are barred on the ground of sovereign immunity under the Eleventh Amendment

/ / /

/ / /

/ / /

/ / /

- 2 -

1      The motion will be based on this Notice of Motion and Motion, the Memorandum of
2  Points and Authorities filed herewith, and the pleadings and papers filed herein.
3  Dated: July 18, 2007

GORDON & REES, LLP

By: /s/ Michael Laurenson
MICHAEL LAURENSON
Attorneys for Defendant
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY