1  MICHAEL T. LUCEY (99927)
   MICHAEL A. LAURENSON (190023)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendant
6  BOARD OF TRUSTEES OF THE
   CALIFORNIA STATE UNIVERSITY
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 MOHAMED FAYAD,                          ) CASE NO. C07-03209 (HRL)
                                           )
11                Plaintiff,                ) **DEFENDANT CSU'S NOTICE OF**
                                           ) **WITHDRAWAL OF MOTION TO**
12        vs.                              ) **DISMISS**
                                           )
13 BOARD OF TRUSTEES OF THE CALIFORNIA     ) Date:       September 11, 2007
   STATE UNIVERSITY,                       ) Courtroom:  2, 5th Fl., San Jose
14                                         ) Time:       10:00 a.m.
                  Defendant.               ) Judge:      Hon. Howard R. Lloyd
15                                         )
                                           )
16

17 TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

18        PLEASE TAKE NOTICE that, pursuant to Local Rule 7-7(e), Defendant BOARD OF

19 TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY will and hereby does withdraw its

20 Motion to Dismiss Plaintiff's Complaint, presently set for hearing in the above-entitled court on

21 September 11, 2007, based on Plaintiff having filed a First Amended Complaint.

22 Dated: August 21, 2007                   GORDON & REES, LLP

23

24                                          By: _____
                                                MICHAEL LAURENSON
25                                          Attorneys for Defendant
                                            BOARD OF TRUSTEES OF THE
26                                          CALIFORNIA STATE UNIVERSITY

27

28

CSU/1046288/5057652v.1
                                              - 1 -