MICHAEL T. LUCEY (SBN: 99927)
MICHAEL A. LAURENSON (SBN: 190023)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY

DAN SIEGEL (SBN: 56400)
JANE BRUNER (SBN: 135422)
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, CA 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
MOHAMED FAYAD

*E-filed 9/6/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED FAYAD,<br><br>Plaintiff,<br><br>vs.<br><br>BOARD OF TRUSTEES OF THE<br>CALIFORNIA STATE UNIVERSITY,<br><br>Defendant. | CASE NO. C07-03209 HRL<br><br>**STIPULATION & ORDER RE:<br>NATURE OF ACTION AND<br>ALLOWING FILING OF AMENDED<br>PLEADING** |

WHEREAS, the parties have met and conferred concerning the nature of the action in order to avoid a motion on the pleadings and come to agreement as follows:

IT IS HEREBY STIPULATED by Plaintiff, by and through his attorneys, that Plaintiff is not challenging the decision to deny him tenure in his federal court action. Rather, Plaintiff stipulates that he is challenging the separate, discrete decision to appoint him as a part-time lecturer rather than as a full-time, non-tenure track faculty member on or about August 6, 2006.

IT IS HEREBY STIPULATED by Defendant, by and through its attorneys, that, based on the above stipulation of Plaintiff, Defendant consents to the filing of the Second Amended Complaint, attached hereto as Exhibit A, and stipulates and agrees to answer said complaint.

Dated: September 6, 2007        SIEGEL & YEE

By: /s/ Jane Bruner
JANE BRUNER
Attorneys for Plaintiff
MOHAMED FAYAD

Dated: September 6, 2007        GORDON & REES, LLP

By: /s/ Michael A. Laurenson
Michael A. Laurenson
Attorneys for Defendant
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY

Based on the foregoing stipulation of the parties and good cause appearing therefore, IT IS HEREBY ORDERED that Plaintiff's Second Amended Complaint, attached as Exhibit A to the Stipulation of the Parties, is hereby deemed filed as of this date.

Further, the parties are ORDERED to file and serve either a Consent to Proceed Before a U.S. Magistrate Judge or a Request for Reassignment to a U.S. District Judge **no later than September 18, 2007**.

Date: 9/6/07

HOWARD R. LLOYD
United States Magistrate Judge

EXHIBIT A

1  DAN SIEGEL, SBN 56400
2  JANE BRUNER, SBN 135422
   SIEGEL & YEE
3  499 14th Street, Suite 220
   Oakland, California 94612
4  Telephone: (510) 839-1200
   Telefax: (510) 444-6698
5
6  Attorneys for Plaintiff
   MOHAMED E. FAYAD
7

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED E. FAYAD, | Case No. C07-03209 (HRL) |
| Plaintiff, | VERIFIED SECOND AMENDED COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |
| Vs. | |
| BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY, | Demand for Jury Trial |
| Defendant. | |

Comes now Plaintiff MOHAMED E. FAYAD and alleges the following:

## PRELIMINARY STATEMENT

1. Mohamed Fayad, a former professor now lecturer at the California State University, San Jose (CSU), Department of Computer Engineering, College of Engineering (Department), brings this action for damages and injunctive relief for discrimination based upon his national origin and religion.

- 1 -
Fayad v. Board of Trustees, Case No. C07-03209 (HRL)
Verified Second Amended Complaint for Damages and Injunctive Relief

Fayad brings this action to redress CSU's unlawful discrimination and seeks injunctive as well as compensatory and general damages.

## JURISDICTION

2. This action arises under the Civil Rights Act of 1964, Title 42, United States Code §§2000e through 2000e 17, as amended in particular by § 2000e-2(a).

3. The matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars.

## VENUE

4. Venue is proper in the Northern District of California because a substantial part of the events or omissions giving rise to the claim occurred in this District.

5. Venue is proper in the Northern District of California because CSU employs Fayad in the District.

## PARTIES

6. At all times relevant hereto, plaintiff MOHAMED E. FAYAD was a professor in the Department of Computer Engineering, College of Engineering, at San Jose State University and a resident of the County of Santa Clara, State of California. Fayad is of Egyptian national origin and is of the Muslim religion. Plaintiff Fayad is a bona-fide resident of the State of California.

7. Defendant, Board of Trustees of California State University (CSU) was and is a state public entity that owns and operates CSU, San Jose.

## STATEMENT OF FACTS

8. Fayad has an outstanding record of scholarly work with a sound publication record. He has published over one hundred articles and four books, of which three are translated into Chinese.

9. Fayad received his Bachelor of Science degree from the University of Cairo in 1972. He received his Masters in Computer Science from the University of Minnesota in June 1993. He received his Ph.D. at the University of Minnesota in June 1994.

10. From February 1988 to June 1989, Fayad worked as a Research Assistant in the Computer Science Department at the University of Minnesota. From June 1989 to December 1992, Fayad worked as Principal, Specialist Engineering, at McDonnell Douglas Corporation in St. Louis, Missouri. From January 1993 to July 1995 he worked as Vice President of Research and New Business Development and Founder of Object Technologies in St. Louis, Missouri. From August 1995 to August 1999, he was employed as an Associate Professor at the College of Engineering at the University of Nevada, Reno, Nevada. From August 1999 to August 2002, he was the J.D. Edwards Professor, and an Associate Professor in the Computer Science and Engineering Department at the University of Nebraska, Lincoln, Nebraska.

11. Fayad joined the faculty at CSU in 2002 as a Professor in the Department of Computer Engineering. Because he served as an Associate Professor at the University of Nebraska for four years before coming to CSU, Fayad received two years of credit toward his tenure review at CSU.

12. In 2003 Belle W. Y. Wei, the Dean of College of Engineering at CSU, wrote that Fayad's outstanding scholarly work had enhanced the college's reputation. Fayad is a well-known specialist in research for software development.

13. Fayad's promotion to tenure in 2004 was strongly supported by several professors in his department.

14. Fayad clearly met CSU standards for a tenured position. Under normal circumstances Fayad's scholarly work and teaching record at CSU would have virtually guaranteed that he would be promoted to tenure.

15. On November 5, 2004, the Retention, Tenure and Promotion Committee at CSU recommended that Fayad be denied promotion to tenure and that he be terminated

16. As a result of the Committee's decision, the Provost at CSU denied Fayad's promotion to tenure in May 2005.

- 3 -
Fayad v. Board of Trustees, Case No. C07-03209 (HRL)
Verified Second Amended Complaint for Damages and Injunctive Relief

09/05/2007  15:01   5104445698                    SIEGELYEE                            PAGE  05/06

17. CSU demoted Fayad to Lecturer rank in August 2006. CSU then appointed Fayad as a part-time professor for the period of August 2006 to present.

18. On information and belief, CSU's decisions to classify him as a part-time Lecturer rather than as a full-time, non-tenure track faculty member was based at least in part on his Egyptian national origin and Muslim religion.

19. On February 13, 2007, Fayad filed a charge of discrimination against CSU with the California Department of Fair Employment and Housing (DFEH) and was issued a Case Closure and Right-to-Sue Notice on March 2, 2007.

20. On February 20, 2007, Fayad filed a charge of discrimination against CSU with the United States Equal Employment Opportunity Commission (EEOC). On April 4, 2007, the EEOC issued FAYAD a Notice of Right-to-Sue.

## FIRST CLAIM FOR RELIEF – DISCRIMINATION BASED ON NATIONAL ORIGIN
### (42 U.S.C. § 2000e-2(a))

21. Fayad refers to and incorporates by reference paragraphs 1-20 above as though fully set forth herein.

22. By virtue of the foregoing, CSU demoted Fayad to lecturer rank and to a part-time position based upon the unlawful consideration of his national origin in violation of Title VII of the Civil Rights Act of 1964, as amended.

## SECOND CLAIM FOR RELIEF – DISCRIMINATION BASED ON RELIGION
### (42 U.S.C. § 2000e-2(a))

23. Fayad refers to and incorporates by reference paragraphs 1-22 above as though fully set forth herein.

24. By virtue of the foregoing, CSU demoted Fayad to lecturer rank and to a part-time position based upon the unlawful consideration of his religion in violation of Title VII of the Civil Rights Act of 1964, as amended.

- 4 -
Fayad v. Board of Trustees, Case No. C07-03209 (HRL)
Verified Second Amended Complaint for Damages and Injunctive Relief

## DAMAGES

25. As a result of the actions of defendant CSU and its agents and employees, Fayad has been injured and has suffered damages as follows:

    a. He has lost compensation to which he would otherwise have been entitled;

    b. He is likely to lose compensation to which he would otherwise be entitled in the future;

    c. He has suffered from emotional distress, embarrassment and humiliation;

    d. His reputation in the scientific community has been damaged; and

    e. His prospects for future employment and career advancement have been diminished.

WHEREFORE, plaintiff MOHAMED E. FAYAD requests that this Court grant him relief as follows:

    (1) Damages for lost wages, earnings, and benefits according to proof;

    (2) Interest on damages at the prevailing legal rate;

    (3) Compensatory damages for humiliation, mental anguish and emotional distress;

    (4) Injunctive relief to redress the wrongs alleged herein;

    (5) Attorneys' fees;

    (6) Costs of suit; and

    (7) Such other and further relief as the Court may deem proper.

09/05/2007 15:01   5104446698                SIEGELYEE                                    PAGE 06/06

## DEMAND FOR JURY TRIAL

Plaintiff FAYAD hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

Dated: September 5, 2007

SIEGEL & YEE

By *[signature]*
Jane Brunner
Attorneys for Plaintiff
MOHAMED E. FAYAD

- 6 -
Fayad v. Board of Trustees, Case No. C07-03209 (HRL)
Verified Second Amended Complaint for Damages and Injunctive Relief