DAN SIEGEL, SBN 56400
JANE BRUNER, SBN 135422
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
MOHAMED E. FAYAD

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED E. FAYAD,<br><br>        Plaintiff,<br>vs.<br><br>BOARD OF TRUSTEES OF THE<br>CALIFORNIA STATE UNIVERSITY,<br><br>        Defendants. | Case No. C07-03209 HRL<br><br>**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE, DECLARATIONS IN SUPPORT THEREOF** |

## MOTION FOR ADMINISTRATIVE RELIEF

Pursuant to Civil Local Rule 7-11, plaintiff Mohamed E. Fayad moves this Court for administrative relief to allow his counsel to participate in the initial case management conference by telephone.

Civil Local Rule 7-11 allows a party to seek a Court order regarding miscellaneous administrative matters, not otherwise governed by a federal statute, federal or local rule or standing order of the assigned judge. The only statute, rule, or standing order that relates to telephonic appearances at case management conferences is Civil Local Rule 16-20, which provides that requests to participate in an initial case management conference by telephone must be filed and served at least 5 days before the conference.

The initial case management conference for this matter is scheduled for September 25,

2007 in Courtroom 2, 5th Floor, San Jose. The only attorney available to participate in this conference, Dean Royer, would endure an unnecessary hardship if required to appear in person (Brunner Decl., ¶ 2; Royer Decl., ¶ 2). Accordingly, there is good cause for a Court order allowing plaintiff's counsel to participate in the conference by telephone.

Dated: September 11, 2007

SIEGEL & YEE

By: /S/ _____

Jane Brunner
Attorneys for plaintiff
MOHAMED E. FAYAD

2

PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE, DECLARATIONS
*Fayad v. Board of Trustees of the CSU,* Case No. C07-03209 HRL

# DECLARATION OF JANE BRUNNER

I, Jane Brunner, declare as follows:

1. I am duly admitted to practice in the state of California and this federal court. I am an associate at Siegel & Yee, the attorneys of record for the plaintiff Mohamed E. Fayad. I make this declaration of my own personal knowledge. If called as a witness, I could competently testify to the following facts.

2. The only Siegel & Yee attorney available for this conference is Dean Royer.

Dated: September 11, 2007       By:  /S/  
                                                       Jane Brunner

3

PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE, DECLARATIONS  
*Fayad v. Board of Trustees of the CSU,* Case No. C07-03209 HRL

**DECLARATION OF DEAN ROYER**

I, Dean Royer, declare as follows:

1. I am duly admitted to practice in the state of California and this federal court. I am an associate at Siegel & Yee, the attorneys of record for the plaintiff Mohamed E. Fayad. I make this declaration of my own personal knowledge. If called as a witness, I could competently testify to the following facts.

2. I am available to participate in the September 25, 2007 case management conference in this matter. However, because I do not have a driver's license I would have to travel to said conference by public transportation. According to the transit.511.org website, the fastest itinerary between the Siegel & Yee office and the San Jose courthouse is 1 hour and 48 minutes one way. As a result, I would have to spend over 3 and a half hours in travel time to personally attend the conference.

Dated: September 11, 2007          By:  /S/_____
                                        Dean Royer