DAN SIEGEL, SBN 56400
JANE BRUNER, SBN 135422
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Facsimile: (510) 444-6698

Attorneys for Plaintiff
MOHAMED E. FAYAD

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED E. FAYAD,<br><br>　　　　Plaintiff,<br>　vs.<br><br>BOARD OF TRUSTEES OF THE<br>CALIFORNIA STATE UNIVERSITY,<br><br>　　　　Defendants. | Case No. C07-03209 HRL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF TO PARTICIPATE IN CASE MANAGEMENT CONFERENCE BY TELEPHONE** |

### [PROPOSED] ORDER

The Court, having considered Plaintiff's Motion For Administrative Relief To Participate In Case Management Conference By Telephone, hereby ORDERS and DECREES as follows:

IT IS SO ORDERED that plaintiff's counsel may participate in the September 25, 2007 case management conference in this matter by telephone.

Dated:_____                             _____

　　　　　　　　　　　　　　　　　　　　JUDGE OF THE U.S DISTRICT COURT

---