*E-filed 9/12/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOHAMED E. FAYAD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BOARD OF TRUSTEES OF THE<br>CALIFORNIA STATE UNIVERSITY,<br><br>　　　　Defendant.<br>_____/ | No. C 07-03209 HRL<br><br>**ORDER (1) CONTINUING CASE MANAGEMENT CONFERENCE, (2) DENYING MOTION TO APPEAR TELEPHONICALLY, AND (3) SETTING DEADLINE FOR FILING CONSENT OR DECLINATION**<br><br>Re: Docket No. 10 |

The case management conference, currently set for September 25, 2007 at 1:30 p.m., is hereby CONTINUED until **October 9, 2007, 1:30 p.m.** The conference will be held in Courtroom 2, 5th Floor of the United States District Court, San Jose. The parties shall file a joint case management statement **no later than October 2, 2007**.

Accordingly, Plaintiff's Motion to Participate in the Case Management Conference by Telephone [Docket No. 10] is DENIED AS MOOT.

Finally, Plaintiff is ORDERED to file and serve either a Consent to Proceed Before a U.S. Magistrate Judge or a Request for Reassignment to a U.S. District Judge **no later than September 25, 2007.**

//

//

1 **IT IS SO ORDERED.**

3 Dated: 9/12/07

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**United States District Court**
For the Northern District of California

2

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

Jane Brunner janebrunner@hotmail.com

Marcie Sarah Isom misom@gordonrees.com

Michael Alan Laurenson mlaurenson@gordonrees.com

Daniel Mark Siegel danmsiegel@aol.com, janebrunner@hotmail.com, jls-wplc-la@sbcglobal.net, lizatdans@aol.com

* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

Date:   9/12/07                             /s/ KRO
                                    Chambers of Magistrate Judge Howard R. Lloyd

3