DAN SIEGEL, SBN 56400
JANE BRUNER, SBN 135422
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Telefax: (510) 444-6698

Attorneys for Plaintiff
MOHAMED E. FAYAD

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED E. FAYAD,<br><br>        Plaintiff,<br><br>   Vs.<br><br>BOARD OF TRUSTEES OF THE<br>CALIFORNIA STATE UNIVERSITY,<br><br>        Defendants. | Case No. C07-03209 (HRL)<br><br>REQUEST FOR REASSIGNMENT TO A<br>U.S. DISTRICT COURT JUDGE |

    PLEASE TAKE NOTICE that Plaintiff, Mohamed E. Fayad, hereby requests that this matter be reassigned to a United States District Court Judge.

Date: September 25 2007

                                        SIEGEL & YEE

                                        By  /s/_____

                                        Jane Brunner
                                        Attorneys for Plaintiff
                                        MOHAMED E. FAYAD

REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE