UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed E Fayad,<br><br>    Plaintiff,<br><br>  v.<br><br>Board of Trustees of the California State University,<br><br>    Defendant.<br>_____/ | No. C07-03209<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for October 9, 2007 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: September 26, 2007

RICHARD W. WIEKING,
United States District Court

*/s/ Patty Cromwell*
By: Patty Cromwell
Courtroom Deputy Clerk to
Magistrate Judge Howard R. Lloyd

THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Jane Brunner     janebrunner@hotmail.com

Marcie Sarah Isom     misom@gordonrees.com

Michael Alan Laurenson     mlaurenson@gordonrees.com

Dean Royer     deanr@dslextreme.com, DanMSiegel@aol.com

Daniel Mark Siegel     danmsiegel@aol.com, janebrunner@hotmail.com, jls-wplc-la@sbcglobal.net, lizatdans@aol.com