1
2
3                        UNITED STATES DISTRICT COURT
4                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
5                              SAN JOSE DIVISION
6
7
8     MOHAMED FAYAD,                        Case Number CV-07-3209-JF
                            Plaintiff,
                                           Case Management Conference
9     V.
      BOARD OF TRUSTEES,                    NOVEMBER 16, 2007
10                          Defendant.
                                             CLERK'S NOTICE
11    _____
12
13    To all Parties and Attorneys of Record:
14    A Case Management Conference has been set on November 16, 2007 at 10:30 a.m.
15    before Judge Jeremy Fogel.  Please report at that time to courtroom 3 on the 5th floor
16    of the U.S. District Court, 280 S. First St., San Jose, California.
17
18     October 2, 2007                      For the Court
                                            Richard W. Wieking, Clerk
19
20                                          By:___/s/_____
                                            Diana Munz
21                                          Courtroom Deputy Clerk
22
23
24
25
26
27
28