# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Fayad,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Board of Trustees of the California State Universi,<br><br>　　　　　　Defendant(s). | 07-03209 JF<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

---

**Notice Re: Noncompliance With Court Order**
07-03209 JF　　　　　　　　　　　　　　　-1-

(415-522-4112), hand delivery (ADR Program, USDC, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur before the Case Management Conference.

Dated: October 31, 2007

>RICHARD W. WIEKING
>Clerk
>by:    Timothy J. Smagacz
>
>*/s/ Timothy Smagacz*
>_____
>ADR Administrative Assistant
>415-522-4205
>Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-03209 JF                                          -2-

PROOF OF SERVICE

Case Name:      Fayad v. Board of Trustees of the California State Universi

Case Number:    07-03209 JF

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 31, 2007, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Jane Brunner
> Siegel & Yee
> 499 - 14th Street
> Suite 220
> Oakland, CA 94612
> janebrunner@hotmail.com
>
> Daniel Mark Siegel
> Siegel & Yee
> 499 14th Street
> Suite 220
> Oakland, CA 94612
> danmsiegel@aol.com
>
> Dean Royer
> Siegel & Yee
> 499 14th St, Ste 220
> Oakland, CA 94612
> deanr@dslextreme.com
>
> Michael Alan Laurenson

Gordon & Rees, LLP
275 Battery Street, 20th Floor
San Francisco, CA 94111
mlaurenson@gordonrees.com

Marcie Sarah Isom
Gordon & Rees LLP
275 Battery Street, Suite 2000
Embarcadero Center West
San Francisco, CA 94111
misom@gordonrees.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 31, 2007 in San Francisco, California.

                                      RICHARD W. WIEKING
                                      Clerk
                                      by:    Timothy J. Smagacz

                                      */s/ Timothy Smagacz*
                                      ADR Administrative Assistant
                                      415-522-4205
                                      Tim_Smagacz@cand.uscourts.gov