UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mohammed Fayad

              Plaintiff(s),

v.

Bd. of Trustees of Cal. State University

              Defendant(s).

Case No. 07-03209 JF

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 11-01-07

                                            [Party] CSU

Dated: 11/1/07

                                            [Counsel] Atty for CSU