Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  MICHAEL T. LUCEY (SBN: 99927)
   MICHAEL A. LAURENSON (SBN: 190023)
2  GORDON & REES LLP
   Embarcadero Center West
3  275 Battery Street, Suite 2000
   San Francisco, CA 94111
4  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
5
   Attorneys for Defendant
6  BOARD OF TRUSTEES OF THE
   CALIFORNIA STATE UNIVERSITY
7
   DAN SIEGEL (SBN: 56400)
8  JANE BRUNER (SBN: 135422)
   SIEGEL & YEE
9  499 14th Street, Suite 220
   Oakland, CA 94612
10 Telephone: (510) 839-1200
   Facsimile: (510) 444-6698
11
   Attorneys for Plaintiff
12 MOHAMED FAYAD

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15 MOHAMED FAYAD,                    )    CASE NO. C07-03209 JF
                                     )
16               Plaintiff,          )    **JOINT CASE MANAGEMENT
                                     )    CONFERENCE**
17        vs.                        )
                                     )
18 BOARD OF TRUSTEES OF THE          )    Date: November 16, 2007
   CALIFORNIA STATE UNIVERSITY,      )    Time: 10:30 a.m.
19                                   )    Place: Courtroom 3, 5th Floor, SJ
                 Defendant.          )
20                                   )

21

22        Plaintiff MOHAMED FAYAD and Defendant BOARD OF TRUSTEES OF THE

23 CALIFORNIA STATE UNIVERSITY hereby submit the following Joint Case Management

24 Statement:

25        1. Jurisdiction and Service.  Plaintiff's Second Amended Complaint asserts two causes

26 of action for national origin and religious discrimination in violation of Title VII, so the Court

27 has subject matter jurisdiction over plaintiff's claims.  There are no counterclaims.  There are no

28 issues with personal jurisdiction, venue or service.

-1-

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

2. <u>Facts</u>. Plaintiff is presently employed at defendant's San Jose State University. He was hired as a tenure track professor in the Department of Computer Engineering in 2002, with two years credit towards tenure based on his previous academic experience. On May 27, 2005, plaintiff was advised by the Provost that, on the basis of his fifth year review, the decision had been made not to retain him and to give him a one-year terminal appointment (he would have been up for tenure in his sixth year). Following his terminal year, plaintiff was appointed as a part-time lecturer, effective August 21, 2006, for Fall Semester 2006. He was reappointed in the same capacity for Spring 2007 and Fall 2007, and remains employed in that capacity.

3. <u>Factual and Legal Issues</u>. Whether plaintiff was discriminated against based on his national origin and religion by defendant.

4. <u>Motions</u>. Defendants' Motion to Dismiss (based on statute of limitations and sovereign immunity) was withdrawn based on the meet and confer efforts of the parties. Defendant anticipates filing a Motion for Summary Judgment.

5. <u>Amendment of Pleadings</u>. The parties do not anticipate any further amendment of the pleadings.

6. <u>Evidence Preservation</u>. Defendant has gathered and preserved documents related to plaintiff's present claims.

7. <u>Disclosures</u>. The parties anticipate completing their Initial Disclosures as required.

8. <u>Discovery</u>. No discovery has occurred to date. The parties anticipate written discovery and depositions within the limits provided by the FRCP.

9. <u>Class Action</u>. Not applicable.

10. <u>Related Cases</u>. On October 1, 2007, plaintiff filed another lawsuit in Santa Clara Superior Court, entitled *Mohammed Fayad v. Board of Trustees of the California State University*, Case No. 107CV095504. That action challenges the reappointment decision in 2006 that is the subject of this case, as well as plaintiff's termination from tenure track in 2005, which claim was dismissed from this action by way of the stipulation of the parties and the amended complaint.

-2-

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

11. <u>Relief.</u> Lost compensation for 1) what Plaintiff would have otherwise been entitled; 2) what Plaintiff would otherwise be entitled in the future; 3) what Plaintiff has suffered from emotional distress, embarrassment and humiliation; 4) the damage to Plaintiff's reputation in the scientific community; and 5) for Plaintiff's prospects for future employment and career advancement that have been diminished.

12. <u>Settlement and ADR.</u> Plaintiff wishes to participate in mediation. Defendant is not interested in mediation and wishes to participate in Early Neutral Evaluation (ENE). The parties will schedule an ADR conference call.

13. <u>Consent to Magistrate.</u> Plaintiff declined to consent.

14. <u>Other References.</u> Not applicable.

15. <u>Narrowing of Issues.</u> The parties have already been successful in narrowing the issues through meet and confer efforts and are amenable to further efforts in this regard as appropriate/feasible.

16. <u>Expedited Schedule.</u> [The parties/Defendant] believe[s] this case could be handled on an expedited basis with streamlined procedures.

17. <u>Scheduling.</u> The parties propose the following dates:

| | |
|---|---|
| Non-Expert Discovery Cutoff | August 29, 2008 |
| Designation of Experts | September 1, 2008 |
| Expert Discovery Cutoff | September 26, 2008 |
| Dispositive Motions | October 20, 2008 |
| Pretrial Conference | November 17, 2008 |
| Trial Date | December 8, 2008 |

18. <u>Trial.</u> Plaintiff requests a jury. Defendant reserves. The parties anticipate five (5) court days for trial.

19. <u>Disclosure of Non-party Interested Entities or Persons.</u> None.

Dated:    November 5, 2007                           SIEGEL & YEE


By:    /s/   Jane Bruner
JANE BRUNER
Attorneys for Plaintiff
MOHAMED FAYAD

-3-

-4-

1

2 Dated:    November 5, 2007              GORDON & REES, LLP

3

4                                        By:   /s/  Michael A. Laurenson
                                         Michael A. Laurenson
5                                        Attorneys for Defendant
                                         BOARD OF TRUSTEES OF THE
6                                        CALIFORNIA STATE UNIVERSITY

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

CSU/1046288/5099536v.1