UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, November 16, 2007
**Case Number:** CV-07-3209-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:            MOHAMED FAYAD   V. BOARD OF TRUSTEES, CALIFORNIA STATE UNIVERSITY

PLAINTIFF                              DEFENDANT

Attorneys Present: Jessica Albert                    Attorneys Present: Michael Laurenson

PROCEEDINGS:
  Case management conference held.  Parties are present.
  Continued to 2/22/08 at 10:30 a.m. for further case management conference.