DAN SIEGEL, SBN 56400
JANE BRUNER, SBN 135422
JESSICA ALBERT, SBN 249770
SIEGEL & YEE
499 14th Street, Suite 220
Oakland, California 94612
Telephone: (510) 839-1200
Telefax: (510) 444-6698

Attorneys for Plaintiff
MOHAMED E. FAYAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED E. FAYAD,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF TRUSTEES OF THE CALIFORNIA STATE UNIVERSITY<br><br>Defendant. | Case C07-03209 JF<br><br>STIPULATION OF DISMISSAL |

The parties, by and through their counsel of record, stipulate that this matter shall be dismissed with prejudice. The parties shall bear their own costs.

Fayad v. Board of Trustees,
Stipulation

- 1 -

| | |
|---|---|
| 1  Dated: February 12, 2008 | |
| 2 | SIEGEL & YEE |
| 4 | By /s/ Jane Brunner |
| 5 | Jane Brunner |
| 6 | Attorneys for Plaintiff<br>MOHAMED E. FAYAD |
| 8  Dated: February 20, 2008 | |
| 9 | GORDON & REES |
| 12 | By /s/ |
| 13 | Michael A. Laurenson |
| 14 | Attorneys for Defendant<br>BOARD OF TRUSTEES OF THE<br>CALIFORNIA STATE UNIVERSITY |

-2-

Fayad v. Board of Trustees,
Stipulation