**E-filed 2/22/08**

1  DAN SIEGEL, SBN 56400
2  JANE BRUNER, SBN 135422
   JESSICA ALBERT, SBN 249770
3  SIEGEL & YEE
   499 14th Street, Suite 220
4  Oakland, California 94612
   Telephone: (510) 839-1200
5  Telefax: (510) 444-6698

6

7  Attorneys for Plaintiff
   MOHAMED E. FAYAD

8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12  MOHAMED E. FAYAD,                    Case C07-03209 JF

13          Plaintiff,

14      v.

15                                       STIPULATION OF DISMISSAL
    BOARD OF TRUSTEES OF THE              AND ORDER OF DISMISSAL
16  CALIFORNIA STATE UNIVERSITY

17          Defendant.

18

19

20  The parties, by and through their counsel of record, stipulate that this matter shall be dismissed

21  with prejudice.  The parties shall bear their own costs.

22

23

24

25

26

27

28

                                    - 1 -

Fayad v. Board of Trustees,
Stipulation

Dated: February 12, 2008

SIEGEL & YEE

By _____
Jane Brunner
Attorneys for Plaintiff
MOHAMED E. FAYAD

Dated: February 20, 2008

GORDON & REES

By _____
Michael A. Laurenson
Attorneys for Defendant
BOARD OF TRUSTEES OF THE
CALIFORNIA STATE UNIVERSITY

2/22/08   IT IS SO ORDERED>

Judge Jeremy Fogel, US District Court

- 2 -

Fayad v. Board of Trustees,
Stipulation